Kennara Poteat
vs
HUD and It's Contractors, ETC

MAY 6 2025 AM 10:14
FILED-USDC-CT-HARTFORD

1)     Jurisdiction

This Court has Jurisdiction over
this action pursuant to 28 U.S.C
§1331 because the Claims arose
under the Constitution and laws of
the United States including fair
Housing Act. 42 U.S.C § 3601 et seq.,
and other federal Civil rights Statutes."

2) Jurisdiction is also proper under
28 U.S.C § 1343(a)(3) for actions to
redress the deprivation, under Color
of State law, of rights Secured
by the Constitution of the United
States".

3) I am the plaintiff in this action. I
am a U.S. Citizen currently residing in
Hartford CT. I am proceeding pro se.

4) Defendant's HUD is a federal agency
responsible for enforcing the Fair Housing
Act and other housing-related Statues.

1

5) This Court has Jurisdiction over this matter under 28 U.S.C § 1331 and 28 U.S.C § ~~1331~~ 1343. $^{1343}$

6) Over the past 15 years, I have been subject to repeated acts of housing discrimination, retaliation, and denial of services by HUD, it's Contractors, and private landlords operating under federal housing programs.

## Jurisdiction

6) Under the Fair Housing Act (42 U.S.C. § 3613), indivisuals may file housing discrimination lawsuits in federal Court.

The United States District for the District of Connecticut has Jurisdiction over such Cases.

## Nature of Case

7) I am Claiming housing discrimination and retaliation in Violation of both federal and State laws, for well over a decade.

1) Discrimination based on lawful Source of income (Section 8 Voucher) Under Connect General Statue § 46a-64c and the fair Housing Act, it is illegal to discriminate against a tenant for using a housing Voucher.

2) Retaliation for Asserting Fair Housing rights - Retaliation. Such as reporting me to Credit agencies after rent was abated by HUD, Violates 42 U.S.C § 3617 and CGS

9) § 46a-64c (a)(9). My Claim is HUD, Vernon Housing, Landlords It's Contractors Dian Carter CHRO, CHRO/HUD's Employees all violated 42 USC 3617 & CSG 46a-64c(6)(9) over the past 15 years of my life. Evidence will be provided upon request. I am Homeless since on or around July 1st 2024 Because of my Claims of retaliation, discrimination, Etc.

10) I have reached out for legal assistance and because of defendants Continous Retaliation, discrimination, egregious actions I have used up my resources and have been denied assistance.

11) I have all of my evidence to all of my Claims, going back to 2010.

12) I only mentioned State laws to Show this Court the agencies involved, the Collusion, Unfair treatment, egregious, willful actions from all and the

13) emotional, mental abuse, trauma, ETC I have and am still being put thragh by defendants and it's employees, Contractors, ETC they work with.

14) Phone calls, discussions, ETC about me and the outcome is never lawful, fair.   Evidence will be provided upon request for all claims.

Cause of Action

15) Housing Discrimination (CSG § 46a-64c and 42 U.S.C. § 3604) I claim discrimination against me in housing by refusing to accept and interfering with my rights, for fair case assessment, ETC, my right to use my section 8 voucher, a lawful source of income under Connecticut and fedeal law. It Conduct Constitutes unlawful housing discrimination.

16) Retaliation for Asserting my Housing Rights (CGS § 46a-64c(a)(9) and 42 U.S.C § 3617)

17.) I Claim that all defendant's listed
retaliated filing and finding Out I
filed or Said I was going to file
a lawsuit and exercise/exercised my
rights. HUD willfully ignored me.
When it did respond it was not to
address or fix my Concerns.

18) The false balance HUD owes that
was put on my report and also Caused
me to be denied for multiple units.

19) Landlord Sighing lease, move in packet
then saying the deal is off or it
didn't work out after reciving my
Security deposit after being Constructionly
evicted from 69 Gillett st on or around
July 1st 2024 since been homeless.
This violates Connecticut and federal
protections. Evidence will be provided
to all Claims.

Request For Relief

20) Under fair Housing Act (42 U.S.C. §
3601-3619 and Connecticut General
Statue § 46a-64c. I Claim and Can
prove I was subject to discrimination
and retaliation based on me
exercising my right's over 15 years
against HUD, Housing Authorities, Landlords,
and defendant's employes, ETC

21) All were filed based off race,
lawful Source of income, Social Security,
Exercising my rights.

22) As a result of this discrimination
and retaliation Conduct/actions I have
Suffered emotional distress, Punitive
damages for egregious actions
#800,000 give up Section 8
Voucher and any housing Offered
by HUD.

23)
I brings this action to seek redress
for over 12 years of ongoing discrimination,
retaliation, and housing denial in violation
of federal civil rights laws. I have
suffered persistent and unlawful treatment
based on race, retaliation, disability,
whistleblower, resulting in blacklisting /
blackballing from housing opportunities
including HUD and CHRO have dismissed
valid claims without proper investiga-
tion, raising serious concern of
collusion and intentional failure.
I file this complaint to expose an-
d address these civil rights violat-
ions and to obtain just relief.


24)
note: I only mentioned 12 years
because the other complaint's
were settled. Reference Case
3:21-CV-01432- Jam Etc cases/
Complaints. Another Complaint
filed was resolved 3:15-CV-413,
321 Etc.
CVH-8279, HUD complaint on or around
2016. HUD complaint 02-140443-8 2016
Just to mention a few to prove

25) HUD's Contractor's people they work with Continues to vidate, Retaliate, ETC. HUD has taken no steps to stop them, HUD Added to my Mental duress, ETC.

26) There are lot's more people involved, This lawsuit is to hold HUD fully accountable by law they are liable under the law.

All evidence will be provided Upon request.

27)
I have been having issues with my
landlord at the time. I reached out
to CHRO on multiple occasions
before Contacting my Section 8
worker, for housing issues, leaking
Cealing in living Room and bedroom.

28)
My Section 8 Worker sent an Inspect-
ion on or around Jan 2024 or Feb 2024.
Inspection failed, discrimination got
worse It took me to follow-up
multiple times with my worker at
that time before She abated the
rent and said She would give me
a moving voucher.

29)
She told me to get out of the
apartment that the discrimination
would only get worse and it did.

30)
Finally CHRO returned my Calls
accepted the Complaint, the landlord
Wouldn't resolve the Issue without
me being out the apartment off the

31)
premisses. That time I found a
new apartment at the time CHRO
Dian Carter a Supervisor was med-
iating the complaint & also the
investigator Caused emotional distress,
Interfered, Colluded, ETC after said
landlord said the deal was off
once I was out the apartment
Violating my rights and fair Housing
laws.

32 CHRO Investigated and found no
findings Willfully, Maliciously, egregias.
Caused me to be homeless Since
July 1st 2024.

33 After telling mey Section 8 Worker
my Issues She told me to get
out it's only going to get worse her
Words.

34 Told me she never spoke to
landlord, landlord Send me proof

34) he's been communicating with her
by email. She tried to fraud me
with an EIV, would ignore my
Calls and emails, Say She's not
going to answer my Calls or Com-
municate with me any more.

35 When I told her the landlord
Sent me evidence he have been
Communicating with her She would
hang up in my face, ETC.

36 Landlord approved (a different landlord)
me for a apartment one time. My
Worker was not available, but gave
my file to a different worker to
assist if I found an apartment
While she were on vacation.

37 Spoke to Said Worker Covering for
My Section 8 worker after finding
Said apartment getting approved

38
Landlord at that time Signed my
move-in packet agreed to rent to me.
Said worker Covering for my Section 8
worker Looked in my file and Stated
Oh I Can't help you with this you
would have to wait till Charlene Char-
ette Comes from Vacation.

39
She Comes from Vacation Speaks
to landlord then he deny's me and
tells me to Stop Suing my landlord.

40
The agency ignored my request's
for a new worker over and over,
Ignored my request to speak to a Super-
visor.

41
My Section 8 worker Set an
example for the landlord's to
discriminate against me multiple
times making me lose out on
apartment's in Violation of fair
housing laws and other laws.

42 Allowing multiple landlords to promise me keys after signing my lease and my move-in packet CHRO-HUD found no findings egregiously.

43 I was renting an apartment 69 Gillett st Hartford CT 06105 Apt 409 at the time CHRO-HUD allowed and colluded with landlord Moe, Nevo, Jon Doe to pretend to give me keys to an apartment I was approved for on Kent st Hartford CT just to make me get out of 69 Gillett st apartment then say the deal is off they collude find no findings and dismiss my complaints, my valid complaints.

44 All violating fair housing laws 42 U.S.C 3601-3619 3613 Grants the right to sue in court.

I have been homeless since. Getting Denial after denial. (apartment)

45 After I left 69 Gillett or Construct-
iony evicted. I was told I would
get my security deposit back, they
kept it and also put HUD's abated
rent on my credit report over
$2,000.

46 I contacted CHRO again and
texted, emailed, called no response
till HUD Tiffany Hall the investigator
accepted the complaint against my
Section 8. And only after CHRO
Dian Carter still wouldn't reenforce
the breach of that discrimination
complaint I filed, Stating I owe
them money after ignoring me for
a month and defaming my Character.

47 Nor would CHRO accept my Complaint
against my Section 8 Vernon housing
and ignored my request to do So
violating Federal under Connecticut
law, the Commission On Human
Rights and Opportunities CHRO

48

Is Obligated to accept and process
discrimination Complaints that meet
Certain Criteria. Specifically General
Statues § 46-82 outlines the req
uirements for filing a Complaint,
Including that the Complaint
must be in writing, under Oath,
and filed within 300 days of the
alleged discrimination act. Which
all were met, and still CHRO
and It's employee's Ignored my
request to file.

49

Evidence was also Submitted to
the Claims Commissioner's Office
also, the evidence he requested
(Shea, Robert) and all evidence to my
Claims and he still dismissed my
Claim " Stating CHRO didn't have to
file my Complaint even if I did
ask her to file ETC." Evidence will
be Submitted when requested.

50) Violating my right's because it can. There's also a conflict of intrest I believe. I have evidence, proof and Cause to believe Hud spoke to the Commission's prior to my hearing Feb 5th 2025.

51 They had the same retaliation, mental anguish, they put me through also, Ignoring my emails, Concerns, also my request to file a Complaint against them also. Not once did the Claims Commission address my Concerned emails about them Colluding doing exactly what Hud, CHRO, GTC doing Wanting me to give up emotional, mental abuse.

52 I believe and can prove the Claims Commission Hindered, Retaliated, Interfered, discriminated, against me Feb 5th 2025 during my hearing against CHRO Dian Carter, ETC Filed Timely

53

With the Commission and was accepted
also submitted with my Claims my
Evidence, 100's of documents.
It was initally a refiling. The first
Complaint was withdrawn and refiled.
2022 Sometime

54

Civil Rights Act of 1964 - Title VI
42. U.S.C § 2000d) · Prohibits
discrimination on the bases of
race, from retaliation, Whistle blowers
in programs and Activities (Retaliation)
                                    *from
also recieving federal financial assista-
nce.

55

Americans with disabilities Act - ADA
(42 U.S.C § 12101 et seq.)
· Protects individuals with disabilities
from discrimination in housing.

56

HuD have maliciously incorectly typed
up my Complaints, dismissed them
multiple times also Casts were

57 Subsequently brought to Court and lawful Judgment was administered I was granted a attorny and eventvally resolved complaint's / lawsuit out of Court 3:21-cv-01432-Jam

58 HUD sending me multiple emails to sign an incorrect complaint form She Jennifer Mubarak Sending them on weekends at night as early as 4:00 Am threatening to not file if I don't Sign ignoring that I told her multiple times it was completely wrong She would make it seem as if the agencies were doing the right thing the total opposit of my claims. Evidence will be provided upon request. Interferring, Colluding, Hinder, ETC.

59 I repeatedly asked CHRO Dian Carter to file my complaint, As her title is a Supervisor She was heavily involved

60
and Continued to keep my Complaints
Since 2010 of october. S played a
role of mediator, intake, ETC
and the outcome's have been
egregiously bad, Continous dismissals,
ETC. She admitted to doing so du-
ring my Feb 5th hearing 2025 unde-
r oath at the Claims Commission in
the virtual hearing, also admitt
ing to speaking to HUD's direct-
or about me and not informing
me or obtaining verbar or written
Concent.

61
CHRO Dian Carter Calling Vernon
Housing after I informed her that
my Section 8 worker have been
violating my right's and frauded me
also told me I defaced the EIv
for because I tried to dispute it.
Prior to the eiv situation She
Stated I would only recieve a form
to complete stating I was not

61/ recieving State Cash anymore, She Sends me the eiv in a Long Small envelope labled Private then never responds to me again Prior informing me of the Cash assistance form She was going to Send her and her Supervisor Staten now your voucher is less and is only $700 at the time I was approved for Kent St apartment on or around April -2024 Sometime Hindering me from leasing up after telling me to get out.

62. I Contact CHRO Dian Carter again about my Section 8 worker at that time I had a Complaint with CHRO against 4 hart LLC (Nova Management) also for an apartment on 22 elliot St All Claims were for discrimination.

63 She Calls my Section 8 worker, Section 8 Worker then Calls me by that time I disp- uted the EiV and Sent it in. My Section 8

63 tells me on a recorded phone call I defaced it for me to just sign it and send it back, CHRO still never initiated a complaint against my Section 8 worker Vernon Housing Authority violating Federal Fair Housing laws § 46-82

64 I believe HUD, CHRO, Nova maragment and can prove violated Connecticut Personal Data act (CGS § 4-91 et seq) This law restricts state and municipal agencies from disclosing personal data without the individual's concent, except under specific circumstances. Agencies are required to: • Maintain records of who accesses personal data and the reason for such access.

65 • Provide individuals with access to their personal data upon request

• Implement reasonable safeguards

65
to protect personal data from Unauthorized
access or disclosure.

66
HUD allowed 69 Gillett St 4 Hart LLC
to put a debt of over $2000 on
my Credit report from Vernon Housing
abatement of rent. HUD Have been
Informed on multiple different occasions
Done nothing and is allowing me to
Continue to get denied housing, after
I have expressed my Safety is at
risk being homeless, and have
told them about the ball the
bouncing around, Calling the police,
Where I have been sleeping etc
embarrassing to state.

67 It was Not as Tiffany Hall stated
in her ~~repo~~ Investigation report. She stated
the Housing authority accomidated my
request for a new worker. report
recieved end of april-begining of may
2025 sometime. Just to dismiss my
Complaint, After I sent her
loads of emails, video, voice, evidence
recordings amonst other frivilious
Claims Tiffany Hall HUD's Investigator
Put in her dismissel report Just to
retaliate against me and dismiss
my Complaint. Colluding with it's
Contractors Vernon Housing Authority.

68 A Complaint was filed by myself on or
around 2021 or 2022 sometime in U.S.
District Court against HUD, CHRO, and
it's Contractors for the same violations
only this time its the worst, egregious
Docket # 3:21-CV-01432-Jam Court
Saw my evidence, Claims true granted
me an attorney Case was settled out
of Court.

69 HUD even offered me moving
expenses from it's Contractors
They offered me housing, #1,300 in voucher
funds to find decent housing and moving
expenses and when I finally accedted
because my Questions about moving
expenses were ignored they never
responded and they were aware that
I was homeless. HUD is the only
agency that Can give adjustments to
Section 8 vouchers and tiffany Hall
HUD's investigator to my complaint
against my section 8 worker Charlene
Charette Said Vernon Housing Authovaty
my section 8 worker at the time Offered
it is impossible ~~to~~ KP
HUD Kept me Homeless Maliciously.
offer was made on or around 10/3/2024.

70 My section 8 Voucher was moved
to Waterbury Housing because I recieved
a letter Stating it merged with Waterbury
housing and months after requesting
a new worker I recieved said letter.



71  Emotional distress, loss of housing, lively hood. Examples of Housing Discrimination
• Refusing to rent or Sell based on a Protected Catagory
• Imposing differant terms or Conditions (e.g., higher rent or Security Deposit
• Retaliating for filing a fair Housing Complaint.

72  I respectfully request the following relief: 1) Compensatory damages for emotional distress and financial loss.

73  2) Punitive damages for willful or malicious Conduct

74  3) Request for HUD to take back Section 8 voucher for moetary Compensation So I Could find my own housing options and end this Continious discrimination, retaliation, ETC.

75  4) An Order requiring the respondants to Cease discriminatory practices

76  5) Any Other relief deemed Just and Proper.

77 give me attitude, add on to my Pain
and Suffering. I am a liable, lawful,
Person with all of my evidence
going back to 2012.

78 I am Still homeless as I hand write
this May 3rd 2025 with my Small
dog who is all I have.

79 This has Caused me Severe pain and
Suffering, emotional distress, anxiety,
humiliation, mental anguish

Relief
80 Under fair Housing Act (42 U.S.C. § 3601-
3619) and Connecticut General Statutes
§ 46a-64c. I allege that I was
Subjected to discrimination based on
race, lawful Source of income, Section 8, Social Security and
that I have also experienced retaliation
as a result of asserting my rights
under fair housing laws. As a result
of this discriminatory and retaliatory
conduct, I have Suffered: Emotion distress-
$5,000-50,000+ Punitive up to Six Figures in egregious Cases
Total Damages in Strong Case Can Exceed $100,000

81 These Claims ~~and ever~~ are new Claims against the same agencies for over 15 years of my life.

82 Defendant's HUD, CHRO, Vernon Housing Authority all had the same response to my cries for help and because I am a Whistleblower - a person who have and continued to expose illegal, unethical, or improper Conduct within an organization - often involving fraud, abuse of power, report to Court and agencies that are supposed to help and stop the discrimination, retaliation, hinder, interfer, Coerce, Collude, violate my rights, Federal Laws (Housing) ETC.

83 I have reached out to All of the non profit agencies, SLS CT, CT fair Housing Center, Legal Aid, Multiple Lawyers and no help I have to bring my evidence and Claims to Court of Law Again. It was as if someone told them not to help me,



84 I Contacted CHRO Dian Carter
to assist She Ignored me for
a full month and when She finally
responded She defamed my Character,
denied to help me and Said She
would be Calling HUD.

85 Evidence Phone Call recordings.
around August begining September
Sometime. ~~[illegible]~~

86 If you could imagine the pain,
Suffering, harm, My Safety at
risk, bouncing from place to
place Strangers Place, No family
to help me. Staying on the Streets
in Cars, Hallways.

87 If you Can look at my filings
from a very long time ago HUD
have and is still discriminating,
retaliating, black balling, Keeping my Safety
at risk by ✗ Colluding, dismissing valid
Claims backed by evidence against it's
Contractors, ETC.

9)

88. ~~Read~~ April 2025 some time. He get all of my Claims, emotions, evidence, numbers, names to HUD, A Realtor that have been Constantly denying me housing and not giving me any reason other than she asked me ifi I have been evicted before Knowing its really because of a false balance HuD left on my record and Have not addressed to keep me denied, and from getting housing.

89. They have also put false evictions on my report and removing them Bedford st apartment I applied Sometime in Jan 2025 prior I lived there, I had to file a Small Claims lawsuit wouldn't accept my rent, Stole rent, false Charges, telling other landlords not to rent to me. They mediated out of Court 2022 sometime and have been upset since.

90. I checked my report may 1st 2025 reported only is Nova Managment's Unlawful Balance.

91) HUD investigator also mentioned her
director before replying to my emails
after ignoring me, Promising to rap up
her investigation and have her decision
sent to me for months.

92) Then to ignoring my emotionally distressing
emails, Concerning emails, and me filing a
lawsuit against HUD She (Tiffany Hall)
finally respond ignoring all of my emails
about me exercising my rights to say
"I She apolosise for the late response
she would have her investigation Findings sent
to me by friday that week and that
She spoke to her director (the same director)
dian Carter referred to.) Never sending me
anything that friday.

93) I did however speak to a non Profit
lawyer named Moses from SLS
State Wide Legal Services Who was
in the begining Causing Friction, Arguing.

Then he Calls me back and apolodises
and say he want's to help me around

8

93. As long as I remain in Compliance with my obligations under the Section 8 program. and 2) The reason for abatement is due to the landlords failure to maintain the Unit in accordance with HUD's Housing quality Standards (HQS). • 2~~4 CFR~~ ~~42~~
• 24 CFR § 982.40 (a)(3): States that if the landlord fails to maintain the Unit and HUD abates rent, the tenant is not responsible for the Portion of rent not Paid By HUD.

95. • The landlord Cannot legally Charge or Collect HUD's abated Porton from me. Hart4 LLC Lawyer Kenw this and Still allowed them to do this after CHRO Settled the Complaint and the friviliovs eviction was removed August 8th 2024 80 Washington St HTFD CT 06106 Court.

And I was communicating with him requesting my Security deposit Stating to him his Client's stated they would return it within a Certain timeframe and also informed the eviction was withdrawn. Frank Cathcart.

96 Vernon Housing Authority   J. D'Amelia &
Associates, LLC    V31 - Vernon Section 8
HCV Office 21 Court Street  Vernon
Rockville, CT 06066

97 Addressed to Hart4 LLC  36 Forest St
Hartford CT 06105  Dated March 25
2024 from my Worker Charlene
stating loss of rent starting April 1st
2024 if repairs are not done.

98 Nova Managment Also Known as Hart4 LLC
Never initiated any repairs only Discrimiate
against me more, Complaint was filed
with CHRO. CHRO resolved the Complaint
and Defendant's Hart 4 LLC mediated.

99 They promised me my security deposit back
and a month later put Vernon Housing
Authority (HUD) Contractor's balance on
my report over $2,000 Under (HVC) I
am not responsible for the abated
Portion that HUD withheld

100

I am prepared to provide supporting
documentation and testimony
upon request. I request the
Court to have this matter investi-
gated promptly and that appropriate
action be taken


With all due respect
    Kennava Poteat
Tammishap4@gmail.com
    959-262-7600

69 Gillett St Hart4 LLC

HUD   20 Church, 10th floor Hartford CT 06163
    one Corporate Center   Tiffany Hall & Director


    meyers Webber   15 perlman Dr Ste 120
Springs Valley, NY 10977
    Email Provivewellness.com / mayer@provivewellness.com
    And Nevo Snider     85 Kent St C2 Apartment


    David Mitt   46 Main St Ste 185
Monsey NY 10952       for Apartment 911
Asylum Ave unit C8


    69 Gillett St  Also Known As Hart4 LLC
      36 forest st Hartford CT 06105


vernon Housing Authority     Charlene Charette

28 U.S.C § 1343- Civil Rights Juris-
diction. · for claims involving ·violations
of Civil Rights under Federal Law
(eg., 42 U.S.C § 1983)

· Discrimination by a government
agency or actor

1. I am holding HUD accountable
   HUD failed to enforce it's
   responsibilities, frivilious investigations,
   malice no findings investigations,
   Collusion with it's Contractors.

2. Fair Housing Act (Title VIII of
   the Civil Rights Act of 1968)

3. Scope: Prohibits discrimination in
   housing-related activities based on
   race, color, religion, sex (including
   gender Identity and sexual orientation),
   familial status, national origin and
   disability.

4. HUD's Role: HUD Enforces the fair
   Housing Act and investigates Complaints
   of discrimination.

   · Liability: Entities found in violation
   may face Civil Penalties, including
   fines and other remedies.

1

[5] Section 109 of Housing and Community Development ACT of 1974

[6] scope: Prohibits discrimiration on the basis of race, Color, national origin, disability, age, religion, and Sex in programs or Activities founded by HUD, Such as Community Development Block Grants (CDBG).

[7] HUD's Role: HUD is responsible for enforcing this provision and ensuring that recipients of HUD funds comply with non-discrimination requirements.

[8] 24 CFR § 100.7 - Liability for Discriminatory Hausing Practices

Scope: Establishes liability for discriminatory housing practices, including direct and various liability.

2

[9] Key Provisions:

   Direct liability: Individuals or entities are directly liable for their own discriminatory Conduct or for failing to Correct discriminatory practices by employees, agents or third parties when they Knew or Should have Known of the Conduct.

[10] Vicarious Liability: Employers or principals may be Vicariously liable for discriminatory actions of their employees or agents.

[11] 42 U.S.C Code § 3545 - HUD Accountability

[12] Scope: Outlines HUD's responsibilities in administering housing programs, including ensuring Compliance with Statutory requirements.

3

13 Key provisions:

· Enforcement Actions: HUD has the authority to void or recind selections, impose sanctions, recapture funds, or take other actions against violators.

14 · Civil Penalties: Allows HUD to impose Civil money Penalties for violations, with amounts up to 10,000 per violation.

15 Section 504 of the Rehabilitation Act of 1973

16 Scope: Prohibits discrimination based on disability in programs or activities receiving federal financial assistance.

17 HUD's Role: HUD enforce section 504 in housing programs ensuring that individuals with Disabilities are not subjected to discrimination.

4

[18] Civil Rights Act of 1968 (Fair Housing Act)

[19] Scope: Prohibits discrimination in housing-related activities and requires federal programs to affirmatively further fair housing.

[20] HUD administers and enforces the Fair Housing Act, including investigating complaints and taking enforcement actions.

[21] I am homeless and have been since on or around July 1 2024. This have been severly impacting my life HUD Have egregiously dismissed my Complaint around ~~aprial~~ The end of april or beginning of may, Typing their own frivilious, collusion statements to dismiss them. HUD Director have been involved in Communicating with employees, ~~ETC~~ to allow the Sabotage ~~to~~ my lively-hood.

5

22

They all listed have discriminated, retaliated, blocked, Violated my and fair housing laws etc for over a decade and no one have eradicated this egregious attack, vidations, discrimination, Collusion, ETC as lons as I have been to Court many times for Continuancely Causing pavrity, homelessness, emotional distress, loss of enjoyment of housing ETC This is Severe and have really gotten worse.

Quoted/stated: Peter Haberlandt, Senior Counsel With Open Communities Alliance. Said the barriers that the 250 families in Hartford NorthEnd faced When trying to relocate are Systematic, and the goal of the lawsuit is to force HUD and the Housing Authorities *they work with to Change their tactics that are further Segregating Communities.

We do have a sense that this is coming again There are other places like this." He said during a press Conference.

I have stated the samething for over 10 years each time my complaints were messed up-intentionally by employees of hud also dismissed and they caused me severe emotional distress and trauma.

I have stated HUD works with each Housing Authority, Landlord who tempted/accepted my voucher over a decade even before I recieved said section 8 voucher. (referring to lawsuit 3:21-cv-01432-Jam and others for this malicious, egregious retaliation, discrimination, Law violations, ETC.

The only way to eradicate is to remove myself from the program for monetary Compensation.

5/6/2025

Kennan Patat

7